# ELECTRONIC RECORD

*527-15*
*528-15*

COA # 01-14-00343-CR          OFFENSE: 37.09 (Tampering w/Evidence)

STYLE: Damion Cornelius Gordwin v. The State of Texas          COUNTY: Harris

COA DISPOSITION:     AFFIRM          TRIAL COURT: 248th District Court

DATE: 04/30/2015          Publish: NO          TC CASE #: 1397495

# IN THE COURT OF CRIMINAL APPEALS

*527-15*
*528-15*

STYLE: Damion Cornelius Gordwin v. The State of Texas

CCA #: *528-15*

__APPELLANT'S__ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:
_refused_

DATE: Jul., 29, 2015

JUDGE: PC

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____